**UNITED STATES of America ex rel. Dan WRIGHT, Appellant,**

v.

**A. C. CAVELL, Superintendent, State Correctional Institution, Rockview, Bellefonte, Pennsylvania.**

**No. 16335.**

United States Court of Appeals Third Circuit.

Submitted March 23, 1967.

Decided April 10, 1967.

Dan Wright, pro se.

James R. Dailey, Lindley R. McClelland, Dist. Judge, Erie County, Erie, Pa., for appellee.

Before STALEY, Chief Judge and KALODNER and SMITH, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

On review of the record we find no error. The Order of the District Court denying the petition for writ of habeas corpus will be affirmed.

**ROOFIRE ALARM COMPANY, Plaintiff,**

v.

**UNDERWRITERS' LABORATORIES, INC., Defendant.**

**No. 14060.**

United States Court of Appeals Sixth Circuit.

Oct. 11, 1966.

John A. Chambliss, Chattanooga, Tenn., for appellant.

Miller, Martin, Hitching, Tipton & Lenihan, by Jere T. Tipton, Chattanooga, Tenn., for appellee.

Before O'SULLIVAN, PHILLIPS and EDWARDS, Circuit Judges.

ORDER.

This cause having come on to be heard upon a pleading of the above named plaintiff entitled "Motion To Be Relieved Of Final Judgment," the brief in support thereof, and the brief of defendant in opposition thereto, and upon due consideration,

It is ordered that said motion may be, and it is, hereby denied.